■ MAX GOLDWEBER et al., Respondents, v ESTELLE BYKOFSKY et al., Appellants. [661 NYS2d 1005] —Appeal by the defen-

dants from an order and judgment (one paper) of the Supreme Court, Nassau County (McCarty, J.), entered August 13, 1996.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice McCarty in the memorandum decision dated June 18, 1996, at the Supreme Court. O'Brien, J. P., Sullivan, Altman and McGinity, JJ., concur.